UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VALERO MARKETING & SUPPLY CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV01220 ERW |
| ) | |
| SCHWEIGERT BROTHERS, INC., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Consent Motion for Extension of Time to File Stipulation for Dismissal [doc. #29].  The Parties' stipulation for dismissal is currently due by no later than today, Wednesday, July 2, 2008.  However, in the pending Motion, they state that the Parties are still in the process of obtaining necessary signatures and exchanging pertinent documents, and ask that the Court grant them eight additional days to complete this process.

Accordingly,

**IT IS HEREBY ORDERED** that Consent Motion for Extension of Time to File Stipulation for Dismissal [doc. #29] is **GRANTED.**  The Parties must file their stipulation for dismissal no later than July 10, 2008.

Dated this 2nd day of July, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE